UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:08CV01766 ERW |
| J. STANFORD CONTRACTOR SERVICES, LLC, | ) ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs' Motion for Extension of Time [doc. #18]. Plaintiffs ask the Court for an additional fourteen (14) days to respond to Defendant's summary judgment motion. Defense counsel does not object to this request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time [doc. #18] is **GRANTED.** Defendants' Response shall be filed no later than **August 4, 2009.**

Dated this 23rd Day of July, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE